UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Vanice D. Guidry                                                                 Civil Action No. 10-cv-1605

versus                                                                                    Judge Tucker L. Melançon

Michael J. Astrue, Commissioner of the                              Magistrate Judge Hill
Social Security Administration

## JUDGMENT

Pursuant to the Court's March 7, 2012 Order adopting the Report and Recommendations of the Magistrate Judge and remanding the case to the Commissioner for further administrative action pursuant to the sixth sentence of 42 U.S.C. § 405(g), *R. 17*, an Administrative Law Judge within the Social Security Administration's Office of Disability Adjudication and Review reassessed the claimant's case and issued a decision favorable to the claimant on June 22, 2012. *R. 18-1*. Accordingly, it is

**ORDERED** that the Commissioner's previous adverse decision dated March 25, 2010, is hereby **REVERSED.**

**THUS DONE AND SIGNED** at Lafayette, Louisiana, this 11th day of September, 2012.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE